IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFFREY STEVEN AKRIGHT,

                                         ORDER

        Plaintiff,

                                         11-cv-357-bbc

    v.

RANDALL HEPP, CAPTAIN FOSTER
and C.O. ISENSEE,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Jeffrey Akright, a prisoner at the Jackson Correctional Institution in Black River Falls, Wisconsin, has submitted a proposed complaint. He requests leave to proceed in forma pauperis. A decision on the request will be delayed until plaintiff makes an initial partial payment of the filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a certified copy of his six-month trust fund account statement.

      Plaintiff's complaint was submitted on May 16, 2011. His trust fund account statement should cover the period beginning approximately November 16, 2010 and ending approximately May 16, 2011. Once plaintiff has submitted the necessary statement, I will

1

calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to prison officials to make sure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff may have until June 15, 2011, in which to submit a trust fund account statement for the period beginning November 16, 2010 and ending May 16, 2011. If, by June 15, 2011, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 24th day of May, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2