IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY STEVEN AKRIGHT,

    Plaintiff,

v.

RANDALL HEPP, STEVEN FOSTER and
MICHAEL ISENSEE,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-357-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Randall Hepp, Steven Foster and Michael Isensee granting their motion for summary judgment as to plaintiff's claim for damages, dismissing plaintiff's claim for injunctive relief as moot and dismissing this case.

_____       4/6/12
Peter Oppeneer, Clerk of Court            Date